UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KERRY MOUSTAKAS,

      Plaintiff,                                 No. 13-11597

v.                                       District Judge Marianne O. Battani
                                         Magistrate Judge R. Steven Whalen

MICHIGAN SCHOOL OF
PROFESSIONAL PSYCHOLOGY,
ET AL.,

      Defendants.
_____/

## ORDER

The parties having informed the Court that the case will be settled, Plaintiff's Motion to Compel Discovery and for Sanctions Due to Spoliation of Evidence [Doc. #15] is hereby DENIED AS MOOT.

IT IS SO ORDERED.

Date: September 30, 2013            s/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 30, 2013, electronically and/or by U.S. mail.

                                                                       s/Michael Williams
                                                                       Case Manager for the
                                                                       Honorable R. Steven Whalen